**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LAW OFFICES OF EDWARD J. LAKE, P.C.,<br><br>     *Debtor*. | Chapter 7<br><br>Case No.: 8-25-74584 (LAS)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

  **PLEASE TAKE NOTICE** that David L. Singer hereby appears as counsel of record for petitioning creditors Titan Law Group LLP and LRS Law Group LLP.  Counsel respectfully requests that all notices be directed to counsel at the following address:

David L. Singer
510 Broadhollow Road, Suite 303
Melville, New York 11747
dsinger@agulnickkremin.com
(718) 352-4800

December 2, 2025
New York, New York        Respectfully submitted,

             */s/ David L. Singer*
             David L. Singer
             **AGULNICK KREMIN P.C.**
             510 Broadhollow Road, Suite 303
             Melville, New York 11747
             Telephone:  (718) 352-4800
             Facsimile: (718) 732-2110
             dsinger@agulnickkremin.com