UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

LAW OFFICES OF EDWARD J. LAKE, P.C.
d/b/a THE LAKE LAW FIRM,

Debtor.

Chapter 7

Case No. 25-74584 (LAS)

**NOTICE OF APPERANCE OF COUNSEL**

PLEASE TAKE NOTICE that Nicholas J. Wilson hereby appears as counsel of record for Creditors Sylvia Benito, ERC Partners LLC, Justice Partners LLP, KS Law Group LLP, LRS Law Group LLP, Rick Solit, and Titan Law Group LLP (collectively, the "Creditors") in the above-referenced chapter 7 case with Brewer Attorneys & Counselors continuing to represent the Creditors. Counsel respectfully requests that all notices and papers be directed to counsel at the following address:

Nicholas J. Wilson
Brewer Attorneys & Counselors
750 Lexington Avenue, 14th Floor
New York, NY 10022
njw@brewerattorneys.com

May 22, 2026
New York, NY

Respectfully Submitted,

*/s/ Nicholas J. Wilson*
NICHOLAS J. WILSON
**BREWER ATTORNEYS & COUNSELORS**
750 Lexington Avenue, 14th Floor
New York, NY 10022
Tel: 212.224.6324
njw@brewerattorneys.com