UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Chapter 7

LAW OFFICES OF EDWARD J. LAKE, P.C.
d/b/a THE LAKE LAW FIRM,

Case No. 25-74584 (LAS)

Debtor.

### <u>NOTICE OF MOTION FOR ADMISSION OF MICHAEL J. COLLINS *PRO HAC VICE*</u>

PLEASE TAKE NOTICE that, upon the annexed affirmation of movant in support of this motion, applicant will move this Court before the Honorable Louis A. Scarcella at the United States Bankruptcy Court, located at the Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, who is Of Counsel to the firm of Brewer, Attorneys & Counselors and a member in good standing of the Bar of the State of Texas, as attorney *pro hac vice* in this case.

This 10th day of July, 2026.

Respectfully submitted,

*/s/Michael J. Collins*
Michael J. Collins
Nicholas J. Wilson
**BREWER, ATTORNEYS & COUNSELORS**
1717 Main Street, Suite 5900
Dallas, Texas 75201
Tel: (212) 489-1400
mjc@brewerattorney.com
njw@brewerattorneys.com
*Counsel for Petitioners Sylvia Benito, Rick Solit,*
*ERC Partners LLC, Justice Partners Law Group,*
*LLP, KS Law Group LLP, LRS Law Group LLP, and*
*Titan Law Group LLP*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically

served via the Court's electronic case filing system upon all counsel of record, on this 10th day of

July, 2026.

*/s/ Michael J. Collins*
Michael J. Collins

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 26, 2026

Re: Michael J. Collins, State Bar Number 00785493

To Whom It May Concern:

This is to certify that Michael J. Collins was licensed to practice law in Texas on December 31, 1992, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253