UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

LAW OFFICES OF EDWARD J. LAKE, P.C.
d/b/a THE LAKE LAW FIRM,

Debtor.

Chapter 7

Case No. 25-74584 (LAS)

**AFFIRMATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael J. Collins, declare as follows:

1. I am Of Counsel to the law firm of Brewer, Attorneys & Counselors.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the State Bar of Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

**WHEREFORE** the declarant respectfully requests that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Petitioners Sylvia Benito, Rick Solit, ERC Partners LLC, Justice Partners Law Group, LLP, KS Law Group LLP, LRS Law Group LLP, and Titan Law Group LLP.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

This 10th day of July, 2026.

*/s/Michael J. Collins*
Michael J. Collins

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record, on this 10th day of July, 2026.

<u>*/s/ Michael J. Collins*</u>
Michael J. Collins