UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

LAW OFFICES OF EDWARD J. LAKE, P.C.
d/b/a THE LAKE LAW FIRM

                Debtor.

----------------------------------------------------------------x

Chapter 7

Case No. 8-25-74584-las

## ORDER SCHEDULING HEARING ON OBJECTION BY
## BRENES LAW GROUP, P.C. TO TRUSTEE'S SUBPOENA

The Court entered an Order dated April 29, 2026 authorizing Kenneth P. Silverman, Esq., solely in his capacity as the chapter 7 trustee (the "Trustee") of the bankruptcy estate of the Law Offices of Edward J. Lake, P.C. d/b/a The Lake Law Firm, pursuant to Bankruptcy Rules 2004 and 9016, to issue subpoenas for the production of documents from, and/or examination of, the individuals and entities (the "April Rule 2004 Order") [Dkt. No. 87]. Pursuant to an Objection dated June 3, 2026 ("Objection") [Dkt. No. 101], Brenes Law Group, P.C. objected to the April Rule 2004 Order and sought additional time to respond and serve objections upon the Trustee's subpoena for documents. The Court held a status conference on July 16, 2026 at which counsel for the Trustee requested a hearing on the Objection.  Accordingly, after due deliberation, it is hereby

ORDERED, that a hearing on the Objection by the Brenes Law Group, P.C. to the April Rule 2004 Order and the Trustee's subpoena served upon it on May 20, 2026, is scheduled for July 23, 2026 at 11:30 a.m. at Courtroom 970 of the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722.

Dated: July 17, 2026
    Central Islip, New York



_____
Louis A. Scarcella
United States Bankruptcy Judge