UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LAW OFFICES OF EDWARD J. LAKE, P.C. d/b/a THE LAKE LAW FIRM,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-74584 (LAS) |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Nicholas J. Wilson, of Brewer Attorneys & Counselors ("Attorney Wilson"), respectfully moves this Court pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and Local Bankruptcy Rule 2090-1 for leave to withdraw as counsel of record for Creditors Sylvia Benito, ERC Partners LLC, Justice Partners LLP, KS Law Group LLP, LRS Law Group LLP, Rick Solit, and Titan Law Group LLP (collectively, the "Creditors") in the above-referenced chapter 7 case. Brewer Attorneys and Counselors shall continue to represent the Creditors with Attorney William A. Brewer III of Brewer Attorneys & Counselors ("Attorney Brewer") serving as counsel of record. In support thereof, Nicholas J. Wilson states as follows:

1. On November 26, 2025, Petitioning Creditors Sylvia Benito, Lee Melchionni, Titan Law Group LLP, and LRS Law Group LLP filed an involuntary petition in this case.

2. On May 22, 2026, Attorney Wilson filed a Notice of Appearance as counsel of record for Creditors Sylvia Benito, ERC Partners LLC, Justice Partners LLP, KS Law Group LLP, LRS Law Group LLP, Rick Solit, and Titan Law Group LLP.

3. Effective November 13, 2026, Attorney Wilson will no longer be associated with the firm Brewer Attorneys and Counselors.

4. Brewer Attorneys & Counselors shall continue to represent the Creditors with Attorney Brewer serving as counsel of record.

5. The Creditors understand that Brewer Attorneys & Counselors shall continue to represent them with Attorney Brewer serving as counsel of record.

6. Withdrawal of Attorney Wilson will not prejudice the Creditors or any other party in interest, nor will it cause undue delay in these proceedings.

7. To counsel's knowledge, no hearing or trial date is imminent that would be disrupted by this withdrawal.

8. Upon entry of an order granting this motion, the address for purposes of future notices is:

William A. Brewer III
Brewer Attorneys & Counselors
750 Lexington Avenue, 14th Fl.,
New York, NY 10022
wab@brewerattorneys.com

WHEREFORE, Attorney Wilson respectfully requests that this Court enter an order:

(a) granting leave to withdraw as counsel of record for the Creditors Sylvia Benito, ERC Partners LLC, Justice Partners LLP, KS Law Group LLP, LRS Law Group LLP, Rick Solit, and Titan Law Group LLP;

(b) directing that Brewer Attorneys and Counselors shall continue to represent the Creditors with William A. Brewer III serving as counsel of record in this case;

(c) directing that all future notices in this case be served upon William A. Brewer III at the address set forth above; and

(d) granting such other and further relief as this Court deems just and proper.

Dated: November 12, 2026

Respectfully submitted,

*/s/ draft*______

Nicholas J. Wilson
**BREWER ATTORNEYS & COUNSELORS**
750 Lexington Avenue, 14th Floor
New York, New York 10022
Tel: (212) 489-1400
njw@brewerattorneys.com