UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LAW OFFICES OF EDWARD J. LAKE, P.C.<br>d/b/a THE LAKE LAW FIRM,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-74584 (LAS) |

**AFFIRMATION OF NICHOLAS J. WILSON IN SUPPORT OF**
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

I, Nicholas J. Wilson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly admitted to practice before this Court and am a member of the law firm Brewer Attorneys & Counselors, 750 Lexington Avenue, 14th Floor, New York, New York 10022. I submit this affirmation in support of my motion to withdraw as counsel of record for Creditors Sylvia Benito, ERC Partners LLC, Justice Partners LLP, KS Law Group LLP, LRS Group LLP, Rick Solit, and Titan Law Group LLP (collectively, the "Creditors") in the above-referenced chapter 7 case, pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and Local Bankruptcy Rule 2090-1.

2. On November 26, 2025, Petitioning Creditors Sylvia Benito, Lee Melchionni, Titan Law Group LLP, and LRS Law Group LLP filed an involuntary petition in this case.

3. On May 22, 2026, I filed a Notice of Appearance as counsel of record for Creditors Sylvia Benito, ERC Partners LLC, Justice Partners LLP, KS Law Group LLP, LRS Law Group LLP, Rick Solit, and Titan Law Group LLP, in the above-captioned case.

4. I now seek leave of this Court to withdraw as counsel of record for these Creditors.

Effective November 13, 2026, I will no longer be associated with the firm Brewer Attorneys & Counselors

5. Brewer Attorneys & Counselors shall continue to represent the Creditors and Attorney William A. Brewer III of Brewer Attorneys & Counselors ("Attorney Brewer") shall serve as counsel of record.

6. The Creditors are aware that Brewer Attorneys & Counselors shall continue to represent them with Attorney Brewer serving as counsel of record.

7. All future notices and papers shall be served to:

William A. Brewer III
Brewer Attorneys & Counselors
750 Lexington Avenue, 14th Fl.
New York, NY 10022
wab@brewerattorneys.com

8. Counsel's withdrawal will not prejudice the Creditors or any other party in interest in this proceeding, and it will not cause undue delay.

9. To the best of my knowledge, there are no hearings, deadlines, or other matters immediately pending in this case that would be disrupted by my withdrawal.

WHEREFORE I respectfully request that this Court grant leave for my withdrawal as counsel of record for the Creditors, with Brewer Attorneys & Counselors continuing to represent them and William A. Brewer III of Brewer Attorneys & Counselors serving as counsel of record.

I affirm this ____ day of November, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

DATED: November 12, 2026
New York, NY

*/s/ Nicholas J. Wilson*
Nicholas J. Wilson