UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LAW OFFICES OF EDWARD J. LAKE, P.C.<br>d/b/a THE LAKE LAW FIRM,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-74584 (LAS) |

**ORDER GRANTING MOTION FOR NICHOLAS J. WILSON**
**TO WITHDRAW AS COUNSEL OF RECORD**

Upon the Motion (the "Motion") of Nicholas J. Wilson of Brewer Attorneys & Counselors ("Attorney Wilson") for leave to withdraw as counsel of record for Creditors Sylvia Benito, ERC Partners LLC, Justice Partners LLP, KS Law Group LLP, LRS Group LLP, Rick Solit, and Titan Law Group LLP (collectively, the "Creditors") in the above-referenced chapter 7 case; and Brewer Attorneys & Counselors continuing to represent the Creditors with Attorney William A. Brewer III of Brewer Attorneys & Counselors serving as counsel of record; and upon the affirmation of Nicholas J. Wilson submitted in support thereof; and the Court having considered the Motion and the record in this case; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is granted to the extent provided herein; and it is further

**ORDERED**, that Nicholas J. Wilson shall be withdrawn as counsel of record for the Creditors with Brewer Attorneys & Counselors continuing to represent the Creditors and Attorney William A. Brewer III of Brewer Attorneys & Counselors serving as counsel of record, effective upon entry of this Order; and it is further

**ORDERED**, that all future notices, pleadings, and other papers in this case shall be served at the following address:

William A. Brewer III
Brewer Attorneys & Counselors
750 Lexington Avenue, 14th Floor
New York, NY 10022
wab@brewerattorneys.com

and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: November 13, 2026
Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge